UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: MARY GUERRERO   JOINT DEBTOR: _____   CASE NO.: 1424249
Last Four Digits of SS#  9956   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $ 1,310.17  for months  1  to  12 ;
  B.  $ 1,064.81  for months  13  to  59 ;
  C.  $ 1,620.36  for months  60  to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,250.00  TOTAL PAID $ 1,600.00
    Balance Due  $ 2,650.00  payable $ 220.83/month (Months  1  to  12)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment  $_____/month (Months ____ to ____)
         _____   Regular Payment  $_____/month (Months ____ to ____)

Account No: 

2. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment  $_____/month (Months ____ to ____)
         _____   Regular Payment  $_____/month (Months ____ to ____)

Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Bank | $115,000.00 8885 SW 131st Court, Apt 212 Miami, Fl 33186 | 5.0% | $958.33 | 1 To 60 | 57,499.80 |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
             Payable   $_____/month (Months ____ to ____) Regular Payment $
2. _____   Total Due  $_____
             Payable   $_____/month (Months ____ to ____) Regular Payment $

Unsecured Creditors: Pay $ 500.00 /month (Months  60  to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
*/S/Christine E. Bryce, Esq.*
_____
Debtor                                              Joint Debtor
Date:   7/16/2014           Date: _____

LF-31 (rev. 01/08/10)