

**ORDERED in the Southern District of Florida on November 10, 2014.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                      Case No: 14.24249

MARY GUERRERO,                                             Chapter 13

_____Debtor_____/

**AGREED ORDER**
**GRANTING DEBTOR, MARY GUERRERO, MOTION FOR STATUS OF LIEN ON REAL**
**PROPERTY HELD BY BSI FINANCIAL SERVICES**

THIS CASE came to be heard on the Debtor's *Motion to Value and Determine secured Status of*

*Lien on Real Property* DE 39; the "Motion"). Based upon the debtor's assertions made in support

of the Motion, and the Creditor, BSI FINANCIAL SERVICES, ("Lender") having agreed to the

entry of this Order, and the Court having considered the record in this case, and being duly

advised in the premises, the Court FINDS as follows:

The value of the debtor's real property (the "Real Property") located at 8885 SW 131st Court,

Apt 212, Miami, Florida 33186, and is more particularly described as follows:

Condominium Unit 212, of Elan at Calusa Condominium A condominium according to

the declaration of condominium thereof, as recorded in official record book 14179 page

556, of the public records of Miami Dade County, Florida and together with an undivided

share of the common elements appurtenant thereto as set forth in said declaration at the

time of the filing of this case the value of the real property is $ 140,323.66.

  A. The total of all claims secured by liens on the Real Property senior to the lien of

Lender is $ 0 .

  B. The equity remaining in the Real Property after payment of all claims secured by

liens senior to the lien of Lender is $140,323.66 and Lender has a secured interest in the Real

Property in such amount.

  Consequently, it is **ORDERED** as follows:

  1. The Motion is **GRANTED**.

Lender has an allowed secured claim in the amount of $ 140,323.66 at the rate of 5.25% payable

over 120 months at a required payment of principal and interest of $1,505.56.The Debtor shall

pay the taxes and insurance when the same become due and payable. Upon successful

completion of the Debtor's Chapter 13 Plan and receipt of a Chapter 13 order of discharge under

11 U.S.C. §1328(a), the Lender's Mortgage recorded at OR Book 21499 Page 0262 in the official

records of Miami Dade County, Florida shall be modified in accordance with the terms of this

Order if not paid in full.

  2. Lender filed a proof of claim in this case.  It shall be classified as a secured claim

in the amount provided in paragraph above, and as a general unsecured claim in the amount of

$0, regardless of the original classification in the proof of claim as filed. The Lender has an

allowed secured claim   in the amount of $140,323.66 with 5.25% interest to be paid in equal

monthly payments as required under 11 U.S.C. § 1325(a)(5)(B)(ii) over 120 months.

LF-92 (rev. 01/08/10)      2 of  3

3.      That in the event that the case is converted, the automatic stay is terminated, or the case is dismissed before completion of the plan and receipt of a Chapter 13 order of discharge under 11 U.S.C. §1328(a), pursuant to 11 U.S.C. §348(f)(1)(C) and 11 U.S.C. §349 Lender retains its security interest until the full amount of the claim as determined under applicable non-bankruptcy law is paid in full.

4.      That in the event that the property is destroyed or damaged, that pursuant to the mortgage, Creditor is entitled to its full rights as a loss payee with respect to the insurance proceeds and has a security interest in such proceeds up to the entire balance due on the mortgage.

5.      That in the event the Lender, its successors or assigns, fails to execute and record documents that are required to release the Mortgage after successful completion of this Chapter 13 case, then Debtor(s) may record the Order entered pursuant to this stipulation along with the Order of Chapter 13 Discharge.

6.      Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a final order in this chapter 13 case.

###

Submitted By:

  CHRISTINE E. BRYCE, ESQ
[Signature of Attorney or Debtor if the Debtor is pro se]

Address   P.O. Box 824023

          Pembroke Pines, Florida 33082

Phone:   (305) 651-4558

Email:   Cebrycebklaw"cs.com

Attorney Christine E. Bryce, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

LF-92 (rev. 01/08/10)                    3 of  3