**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X   THIRD   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐            Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: MARY GUERRERO    JOINT DEBTOR:        CASE NO.: 1424249
Last Four Digits of SS#       9956 Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 1,309.52   for months   1   to  7   ;
  B.  $ 1,672.84   for months   8   to  59  ;
  C.  $ 3,593.16   for months   60   to      ; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $ 4,250.00   TOTAL PAID $ 1,600.00
                 Balance Due $ 2,650.00 payable $ 378.57/month (Months  1  to  7)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.                               Arrearage on Petition Date    $
Address:                      Arrears Payment      $        /month (Months      to    )
                                 Regular Payment      $        /month (Months      to    )
Account No:

2.                               Arrearage on Petition Date    $
Address:                      Arrears Payment      $        /month (Months      to    )
                                 Regular Payment      $        /month (Months      to    )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Bank | $140,323.66<br>8885 SW 131st Court, Apt 212<br>Miami, Fl 33186 | 5.25% | $ 800.00<br>$1,505.53<br>$2,446.04 | 1 To 7<br><u>8 To 59</u><br>60 | 90,333.60 (pursuant to DE 53) |
|  | $ | % | $ | ____ To | |
|  | $ | % | $ | ____ To | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]
1.                         Total Due          $
                            Payable            $        /month (Months    to   ) Regular Payment $

<u>Unsecured Creditors</u>: Pay $ 787.80/month (Months  60   to      ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:    The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/S/Christine E. Bryce, Esq.*
_____
Debtor                                               Joint Debtor
Date:    11/18/2014                  Date: _____

LF-31 (rev. 01/08/10)